## 7323.  HAMMOCK v. GRADY.

WADE, C. J.  There is no merit in any of the special grounds of the motion for a new trial, and the evidence supported the verdict.

*Judgment affirmed.  Hodges, J., absent.*

DECIDED DECEMBER 8, 1916.

Appeal; from Crisp superior court—Judge George.  October 23, 1915.

*Mather M. Eakes,* for plaintiff in error.  *J. T. Hill,* contra.